COMMONWEALTH of Pennsylvania, Respondent,

v.

**Brian THORNHILL, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 29, 2000.

***ORDER***

PER CURIAM:

**AND NOW,** this 29 th day of February, 2000, Petitioner's Petition for Review Pursuant to Pa.R.A.P. 3315 is **GRANTED.** The Order of the Superior Court entered February 14, 2000, is **REVERSED** and the Order of the Court of Common Pleas of Allegheny County entered January 10, 2000, setting nominal bail pending trial is **REINSTATED.**

Petitioner's Emergency Application for Writ of Prohibition Pursuant to 42 Pa.C.S. § 721(2) is **DISMISSED AS MOOT.**

Petitioner's Emergency Application for Consideration by a Single Justice Pursuant to Pa.R.A.P. 3315 and 123(e) is **DISMISSED AS MOOT.**